1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   LOUIS OLIVEREZ, JR.,                CASE NO. 1:09-cv-00352-LJO-SKO PC

10               Plaintiff,         ORDER DENYING MOTION FOR TRIAL
                                    DATE AS PREMATURE

11    v.
                                      (Doc. 37)

12   BEN ALBITRE, et al.,

13              Defendants.

14  _____/

15        Plaintiff Louis Oliverez, Jr. is a state prisoner proceeding pro se and in forma pauperis in this

16  civil rights action pursuant to 42 U.S.C. § 1983.  On December 23, 2011, Plaintiff filed a motion

17  seeking a trial date.

18        Currently pending before the Court is Defendants' motion for summary judgment, filed on

19  December 8, 2011.  This matter will not be set for trial until and unless Defendants' motion is denied

20  in full or in part.  If Defendants' motion does not resolve the case in its entirety, the Court will, at

21  that time, issue another scheduling order as a matter of course.

22        Accordingly, Plaintiff's motion to set a trial date is HEREBY DENIED as premature.

23

24  IT IS SO ORDERED.

25  **Dated:   January 3, 2012**              **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE

26
27
28

1