# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS OLIVEREZ, JR., | CASE NO. 1:09-cv-00352-LJO-SKO PC |
| Plaintiff, | ORDER DENYING MOTION AS MOOT |
| v. | (Doc. 39) |
| BEN ALBITRE, et al., | |
| Defendants. | |

On January 9, 2012, Plaintiff Louis Oliverez, Jr., a state prisoner proceeding pro se and in forma pauperis in this civil rights action, filed a motion seeking re-service of Defendants' motion for summary judgment, which the Court referred to in its order of January 4, 2012.

A review of the record shows that Plaintiff filed a notice of change of address to Sierra Conservation Center on June 16, 2011, but Defendants served their motion for summary judgment on Plaintiff at California State Prison-Corcoran.  However, on January 10, 2012, Defendants filed a notice stating that they discovered their mistake following receipt of Plaintiff's motion, and they have corrected their records and re-served their motion for summary judgment.

Accordingly, Plaintiff's motion for re-service is now moot and it is DENIED on that ground.

IT IS SO ORDERED.

**Dated:   January 11, 2012**              /s/ Sheila K. Oberto
                                           UNITED STATES MAGISTRATE JUDGE