1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

| | |
|---|---|
| 9 LOUIS OLIVEREZ, JR., | CASE NO. 1:09-cv-00352-LJO-SKO PC |
| 10 Plaintiff, | ORDER DENYING MOTION FOR TRIAL DATE AS PREMATURE |
| 11 v. | |
| 12 BEN ALBITRE, et al., | (Doc. 45) |
| 13 Defendants. | |

14

15       Plaintiff Louis Oliverez, Jr. is a state prisoner proceeding pro se and in forma pauperis in this

16  civil rights action pursuant to 42 U.S.C. § 1983.  On April 13, 2012, Plaintiff filed a motion seeking

17  a trial date.

18       Defendants' motion for summary judgment is under submission and it will be addressed in

19  due course.  Local Rule 230(l).  If Defendants' motion is denied in whole or in part, a trial date will

20  be set at that time.  Until then Plaintiff's request is premature and his motion is HEREBY DENIED

21  on that ground.

22

23  IT IS SO ORDERED.

24  **Dated:    April 18, 2012**               _____/s/ Sheila K. Oberto_____
                                                    UNITED STATES MAGISTRATE JUDGE

25
26
27
28