# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS OLIVEREZ, JR., | CASE NO. 1:09-cv-00352-LJO-SKO PC |
|     Plaintiff, | ORDER SETTING SETTLEMENT CONFERENCE BEFORE UNITED STATES MAGISTRATE JUDGE SANDRA M. SNYDER AND REQUIRING THE PARTIES TO SUBMIT CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENTS ON OR BEFORE FEBRUARY 1, 2013 |
|     v. | |
| BEN ALBITRE, | |
|     Defendant. | |
| | (Doc. 60) |
| | Date:     **February 6, 2013**<br>Time:    **11:00 a.m.**<br>Courtroom:  **1** |

Plaintiff Louis Oliverez, Jr., a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 26, 2009. This action for damages is proceeding on Plaintiff's amended complaint, filed on May 7, 2009, against Defendant Albitre for violation of the Free Exercise Clause of the First Amendment of the United States Constitution.

Jury trial is scheduled for March 26, 2013, and on January 9, 2013, the parties filed a joint stipulation to participate in a settlement conference.

Accordingly, the Court HEREBY ORDERS as follows:

A settlement conference is set for **February 6, 2013, at 11:00 a.m. before United States Magistrate Judge Sandra M. Snyder in Courtroom 1**. Plaintiff and Defendant's counsel shall appear in person and a writ of habeas corpus ad testificandum directing the transportation will be issued separately. Unless otherwise permitted in advance by the Court, <u>the attorney(s) who will try</u>

1

the case shall appear at the mandatory settlement conference <u>with the person or persons having full authority</u> to negotiate and settle the case, on any terms, at the conference.

On or before **February 1, 2013**, the parties SHALL submit their confidential settlement conference statements directly to Judge Snyder.  The statement <u>should not be filed with the Clerk's Office and should not be served on the other party</u>.  Defendant may email his statement to smsorders@caed.uscourts.gov.  Plaintiff must mail his statement directly to Judge Snyder's chambers at the following address: **Chambers of United Magistrate Judge Sandra M. Snyder, 2500 Tulare Street, Fresno, California, 93721**.  Each statement shall be clearly marked "CONFIDENTIAL" with the date and time of the mandatory settlement conference indicated prominently.  The settlement conference statements will be destroyed following the settlement conference.

The confidential settlement conference statement shall include the following information:

1. A brief statement of the facts of the case;
2. The relief sought; and
3. The party's position on settlement, including realistic settlement expectations, present demands and offers, and a history of past settlement discussions, offers, and demands.

Defendant shall include an estimate of the cost and time to be expended for further pretrial and trial matters.

If, after reviewing the statements, it appears unlikely that the parties will be able to reach an agreement, the Court may in its discretion hold a telephonic hearing in place of the settlement conference to discuss its concerns.  Should the settlement conference be converted to a telephonic hearing, the parties will be notified by order.

IT IS SO ORDERED.

**Dated:   January 16, 2013**                     /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE