# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS OLIVEREZ, JR., | CASE NO. 1:09-cv-00352-LJO-SKO PC |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF LOUIS OLIVEREZ, JR., CDCR #K-87832** |
| v. | |
| BEN ALBITRE, | Date: February 6, 2013 |
| Defendant. | Time: 11:00 a.m. |
| | Place: Courtroom 1 |

Inmate Louis Oliverez, Jr., CDCR# K-87832, a necessary and material witness on his own behalf in proceedings in this case set for February 6, 2013, at 11:00 a.m., is confined at Sierra Conservation Center, 5100 O'Byrnes Ferry Road, Jamestown, California, 95327 in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before United States Magistrate Judge Sandra M. Snyder in Courtroom #1, 8th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on February 6, 2013, at 11:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: the Warden of Sierra Conservation Center:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.



IT IS SO ORDERED.

**Dated:   January 16, 2013**              /s/ Sheila K. Oberto
                                                              UNITED STATES MAGISTRATE JUDGE