# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS OLIVEREZ, JR., | CASE NO. 1:09-cv-00352-LJO-SKO PC |
| Plaintiff, | ORDER GRANTING DEFENDANT'S REQUEST FOR CDCR STAFF COUNSEL TO APPEAR BY TELEPHONE FOR SETTLEMENT CONFERENCE |
| v. | |
| BEN ALBITRE, et al., | (Doc. 64) |
| Defendants. | |
| _____/ | |

A settlement conference is scheduled in this case for February 6, 2013, at 11:00 a.m. in Courtroom 1 before the undersigned.

On January 22, 2013, Defendant filed a request for an order permitting staff counsel from the California Department of Corrections and Rehabilitation (CDCR) to appear by telephone, due to budgetary considerations.

Defendant's request is HEREBY GRANTED, and **Defendant is required to ensure that the staff counsel appearing by telephone on behalf of CDCR has full settlement authority.**

IT IS SO ORDERED.

**Dated:    January 22, 2013**                    _____/s/ Sandra M. Snyder_____
                                                                    UNITED STATES MAGISTRATE JUDGE