# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

LOUIS OLIVEREZ, JR.,

                Plaintiff,

     v.

BEN ALBITRE, et al.,

               Defendants.

_____/

CASE NO. 1:09-cv-00352-LJO-SKO PC

ORDER GRANTING DEFENDANT'S REQUEST FOR CDCR STAFF COUNSEL TO APPEAR BY TELEPHONE FOR SETTLEMENT CONFERENCE

(Doc. 64)

       A settlement conference is scheduled in this case for February 6, 2013, at 11:00 a.m. in Courtroom 1 before the undersigned.

       On January 22, 2013, Defendant filed a request for an order permitting staff counsel from the California Department of Corrections and Rehabilitation (CDCR) to appear by telephone, due to budgetary considerations.

       Defendant's request is HEREBY GRANTED, and **Defendant is required to ensure that the staff counsel appearing by telephone on behalf of CDCR has full settlement authority.**

IT IS SO ORDERED.

**Dated:   January 22, 2013**             **/s/ Sandra M. Snyder**
                                   UNITED STATES MAGISTRATE JUDGE