# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS OLIVEREZ, JR., | CASE NO. 1:09-cv-00352-LJO-SKO PC |
| Plaintiff, | **ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO LOUIS OLIVEREZ, JR., CDCR #K-87832** |
| v. | |
| BEN ALBITRE, et al., | (Doc. 62) |
| Defendants. | |

On January 16, 2013, the Court issued a writ of habeas corpus ad testificandum directing the Warden of Sierra Conservation Center to transport Plaintiff Louis Oliverez, Jr., CDCR #K-87832, to the United States Courthouse in Fresno, California, on February 6, 2013, at 11:00 a.m.

**The matter in question has been converted to a telephonic hearing by separate order and the writ of habeas corpus ad testificandum is HEREBY ORDERED VACATED.**

IT IS SO ORDERED.

**Dated:   February 4, 2013**          /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE