# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS OLIVEREZ, JR.,<br><br>        Plaintiff,<br><br>    v.<br><br>BEN ALBITRE, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:09-cv-00352-LJO-SKO PC<br><br>ORDER CONVERTING SETTLEMENT CONFERENCE TO TELEPHONIC HEARING, AND REQUESTING COURTESY SERVICE ON SCC LITIGATION OFFICE<br><br>(Doc. 61)<br><br>Date:   February 6, 2013<br>Time:  11:00 a.m. |

      This matter is set for a settlement conference on February 6, 2013, at 11:00 a.m. In the order setting the settlement conference, the Court stated that if, after reviewing the parties' confidential settlement conference statements, it appeared unlikely that the parties would be able to reach an agreement, the Court might convert the settlement conference to a telephonic hearing to discuss its concerns.

      The Court is now in receipt of both parties' confidential settlement conference statements and after reviewing them, the parties appear to be fairly far apart. Therefore, the Court ORDERS as follows:

    1.    The settlement conference is converted to a telephonic hearing to be held at 11:00 a.m. on February 6, 2013;

    2.    Plaintiff and Defendant's counsel shall each call in separately to **(559) 499-5690**;

    3.    As long as Defendant's counsel has some settlement authority, counsel for the California Department of Corrections and Rehabilitation is relieved from having to appear for the hearing; and

///

4.  The Clerk's Office shall serve a courtesy copy of this order on the Litigation Office at Sierra Conservation Center and **the Litigation Office is requested to ensure that Plaintiff has access to telephone on which a staff member may initiate the call to the above number at 11:00 a.m. on February 6, 2013**.

IT IS SO ORDERED.

Dated:   February 4, 2013                           /s/ Sandra M. Snyder
                                                   UNITED STATES MAGISTRATE JUDGE