# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS OLIVEREZ, JR., | CASE NO. 1:09-cv-00352-LJO-SKO PC |
| Plaintiff, | ORDER CONTINUING TELEPHONIC TRIAL CONFIRMATION HEARING AND JURY TRIAL DATES |
| v. | |
| BEN ALBITRE, | TTCH:    08/22/2013, at 8:30 a.m. in Courtroom 4 |
| Defendant. | Jury Trial:   10/01/2013, at 8:30 a.m. in Courtroom 4 |
| _____/ | |

Due to the press of court business, it is HEREBY ORDERED that:

1.      The telephonic trial confirmation hearing is continued from June 28, 2013, at 8:30 a.m. to August 22, 2013, at 8:30 a.m. in Courtroom 4; and

2.      Jury trial is continued from August 13, 2013, at 8:30 a.m. to October 1, 2013, at 8:30 a.m. in Courtroom 4.

IT IS SO ORDERED.

**Dated:   February 12, 2013          /s/  Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE