1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9

LOUIS OLIVEREZ, JR.,

10
                        Plaintiff,

11
        v.

12

BEN ALBITRE,

13
                        Defendant.

14

15

_____/

CASE NO. 1:09-cv-00352-LJO-SKO PC

ORDER CONTINUING TELEPHONIC TRIAL
CONFIRMATION HEARING AND JURY
TRIAL DATES

TTCH:       08/22/2013, at 8:30 a.m. in
            Courtroom 4

Jury Trial: 10/01/2013, at 8:30 a.m. in
            Courtroom 4

16        Due to the press of court business, it is HEREBY ORDERED that:

17        1.      The telephonic trial confirmation hearing is continued from June 28, 2013, at 8:30

18        a.m. to August 22, 2013, at 8:30 a.m. in Courtroom 4; and

19        2.      Jury trial is continued from August 13, 2013, at 8:30 a.m. to October 1, 2013, at 8:30

20        a.m. in Courtroom 4.

21

22   IT IS SO ORDERED.

23   **Dated:   February 12, 2013        /s/  Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE

24

25

26

27

28

1