# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS OLIVEREZ, JR., | Case No. 1:09-cv-00352-LJO-SKO PC |
| Plaintiff, | **ORDER ADVANCING TELEPHONIC TRIAL CONFIRMATION HEARING FROM 8:30 A.M. TO 8:15 A.M.** |
| v. | |
| BEN ALBITRE, | Date: August 22, 2013<br>Time: 8:15 a.m. |
| Defendant. | Courtroom: 4 (LJO) |

This matter is currently set for jury trial before U.S. District Judge Lawrence J. O'Neill on October 1, 2013.

Due to the press of court business, it is necessary to advance the telephonic trial confirmation hearing from 8:30 a.m. on August 22, 2013, to 8:15 a.m. on August 22, 2013.

The Clerk of the Court is directed to serve a courtesy copy of this order by facsimile on the Litigation Office at Sierra Conservation Center.

IT IS SO ORDERED.

Dated: **August 15, 2013**                    **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE