# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS OLIVEREZ, JR., | Case No. 1:09-cv-00352-LJO-SKO PC |
| Plaintiff, | **ORDER SETTING TELEPHONIC HEARING RE TRIAL WITNESSES RANSOM AND HERNANDEZ** |
| v. | |
| BEN ALBITRE, | Date: September 6, 2013<br>Time: 10:30 a.m. |
| Defendant. | Courtroom: 4 (LJO) |

This matter is currently set for jury trial before U.S. District Judge Lawrence J. O'Neill on October 1, 2013. Pursuant to the order filed on June 10, 2013, Plaintiff's motion for the attendance of inmate witnesses Bryan Ransom and Diego Hernandez was granted.

The events relevant to this case occurred at California State Prison-Corcoran in 2008. On September 3, 2013, Defendant Albitre filed a motion in limine in which he provides evidence that inmate Ransom was housed at High Desert State Prison during the time period at issue, which brings into question Plaintiff's representation, made under penalty of perjury, that inmate Ransom was an eye and ear witness to relevant events.[1]

Further, on September 4, 2013, the Court received and filed a letter from inmate Hernandez stating that he does not wish to be transported for trial, because he is scheduled to parole in mid-October and he has limited recollection of events.

---

[1] Inmate Ransom was not transferred to California State Prison-Corcoran until 2010.

Accordingly, it is HEREBY ORDERED that:

1. The matter of trial witnesses Ransom and Hernandez is set for a telephonic hearing on September 6, 2013, at 10:30 a.m. in Courtroom 4 before the undersigned;

2. The Clerk's Office is directed to serve Plaintiff by mail with a copy of inmate Hernandez's letter;

3. The Clerk's Office is directed to serve the Litigation Office at Sierra Conservation Center by facsimile with a copy of this order and a copy of inmate Hernandez's letter; and

4. The Litigation Office at Sierra Conservation Center is requested to provide a copy of this order and inmate Hernandez's letter to Plaintiff prior to the hearing tomorrow.

IT IS SO ORDERED.

Dated:   **September 5, 2013**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

2