# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS OLIVEREZ, JR., | Case No. 1:09-cv-00352-LJO-SKO PC |
| Plaintiff, | **ORDER STAYING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING TRANSPORTATION OF INMATE DIEGO R. HERNANDEZ, CDCR #V-28618** |
| v. | |
| BEN ALBITRE, | |
| Defendant. | **(Doc. 86)** |
| | **ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER BY FAX ON RJD CORRECTIONAL FACILITY AND BY MAIL ON WITNESS HERNANDEZ** |

This matter is currently set for jury trial before U.S. District Judge Lawrence J. O'Neill on October 1, 2013. On August 22, 2013, the Court issued a writ of habeas corpus ad testificandum directing the production of inmate **Diego R. Hernandez, CDCR #V-28618**, for trial as a witness on the behalf of Plaintiff. On September 4, 2013, the Court received and filed a letter from inmate Hernandez stating that he does not want to be transported for trial. A telephonic hearing to discuss the matter with the parties has been scheduled. Therefore, the transportation writ shall be stayed, pending further order.

Accordingly, it is HEREBY ORDERED that:

1. The writ of habeas corpus ad testificandum directing the production of inmate Diego R. Hernandez, CDCR # V28618, is STAYED pending further order of the Court;

2.      The Clerk's Office shall serve a courtesy copy of this order by facsimile on the Litigation Office at Richard J. Donovan Correctional Facility; and

3.      The Clerk's Office shall serve a courtesy copy of this order on Diego R. Hernandez, CDCR # V-28618.

IT IS SO ORDERED.

Dated:   **September 5, 2013**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE