# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS OLIVEREZ, JR., | Case No. 1:09-cv-00352-LJO-SKO PC |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO CORRECT CAPTION |
| v. | |
| BEN ALBITRE, | |
| Defendant. | |
| _____/ | |

The Clerk of the Court is HEREBY DIRECTED to amend the caption of this case to reflect it is proceeding against Ben Albitre rather than Ben Aibitre.

IT IS SO ORDERED.

Dated: **September 6, 2013**          **/s/ Lawrence J. O'Neill**
                              UNITED STATES DISTRICT JUDGE