UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS OLIVEREZ, JR.,<br><br>            Plaintiff,<br><br>v.<br><br>BEN ALBITRE,<br><br>            Defendant. | Case No.  1:09-cv-00352-LJO-SKO PC<br><br>**ORDER PERMITTING EQUIPMENT AT TRIAL**<br><br>Trial Date:      October 1, 2013<br>Time:            8:30 a.m.<br>Courtroom:    4 (LJO)<br><br>District<br>Judge:    Hon. Lawrence J. O'Neill |

IT IS HEREBY ORDERED that Defendant B. Albitre, by and through his attorney of record, Mitchell Wrosch of BURKE, WILLIAMS & SORENSEN, LLP, is authorized to bring into the courtroom a laptop, to be set up in the above courtroom on October 1, 2013, between 8:00 a.m. and 8:30 a.m., and to maintain the equipment in the courtroom during the course of trial from day to day until

1  completed.

6  IT IS SO ORDERED.

7     Dated:   **September 20, 2013**            **/s/ Lawrence J. O'Neill**
8                                                 UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -
LA #4849-0001-0773 v1

1:09-CV-00352-LJO-SKO
PROPOSED ORDER RE EQUIPMENT