1
2
3
4
5
6
7

8            UNITED STATES DISTRICT COURT
9            EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  LOUIS OLIVEREZ, JR., | Case No. 1:09-cv-00352-LJO-SKO PC |
| 12       Plaintiff, | **ORDER PERMITTING EQUIPMENT AT TRIAL** |
| 13  v. | |
| 14  BEN ALBITRE, | Trial Date:  October 1, 2013<br>Time:        8:30 a.m. |
| 15       Defendant. | Courtroom:   4 (LJO) |
| 16  | District<br>Judge:       Hon. Lawrence J. O'Neill |

24  IT IS HEREBY ORDERED that Defendant B. Albitre, by and through his attorney
25  of record, Mitchell Wrosch of BURKE, WILLIAMS & SORENSEN, LLP, is
26  authorized to bring into the courtroom a laptop, to be set up in the above courtroom
27  on October 1, 2013, between 8:00 a.m. and 8:30 a.m., and to maintain the
28  equipment in the courtroom during the course of trial from day to day until

1  completed.

6  IT IS SO ORDERED.

7  Dated:   **September 20, 2013**                    **/s/ Lawrence J. O'Neill**
8                                                         UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -
LA #4849-0001-0773 v1

1:09-CV-00352-LJO-SKO
PROPOSED ORDER RE EQUIPMENT