# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS OLIVEREZ, JR., | Case No. 1:09-cv-00352-LJO-SKO PC |
| Plaintiff, | **ORDER DENYING MOTION AS MOOT** |
| v. | **(Doc. 113)** |
| BEN ALBITRE, | |
| Defendant. | |

This matter is currently set for jury trial before U.S. District Judge Lawrence J. O'Neill on October 1, 2013. On September 23, 2013, Plaintiff filed a motion seeking an order requiring Defendant's counsel to provide immediate notice of any changes to the trial date.

The parties are informed that there are no longer any other matters on calendar and this case will proceed to trial on October 1, 2013, at 8:30 a.m. as scheduled.

Accordingly, Plaintiff's motion is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:   **September 25, 2013**          **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE