FILED

OCT 0 1 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS OLIVEREZ, JR., | Case No. 1:09-cv-00352-LJO-SKO PC |
| Plaintiff, | NOTICE AND ORDER THAT DIEGO R. HERNANDEZ, #V-28618, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| B. ALBITRE, | |
| Defendant. | |
| | (Doc. 86) |

Jury trial in this matter commenced on October 1, 2013. Inmate **Diego R. Hernandez, CDCR #V-28618**, has testified and he is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: Oct 1, 2013

_____
LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE