# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS OLIVEREZ, JR., | Case No. 1:09-cv-00352-LJO-SKO PC |
| Plaintiff, | **ORDER DISREGARDING UNTIMELY OBJECTION** |
| v. | (Doc. 127) |
| BEN ALBITRE, | |
| Defendant. | |

Following a trial by jury, judgment was entered in favor of Defendant Albitre on October 3, 2013. Defendant submitted a bill of costs for $1693.20 on October 8, 2013. The Clerk of the Court reduced and taxed costs against Plaintiff in the amount of $574.30 on October 21, 2013. Plaintiff filed an objection on October 24, 2013.

Applying the prison mailbox rule to Plaintiff's objection, it was deemed filed on October 21, 2013. *Douglas v. Noelle*, 567 F.3d 1103, 1107 (9th Cir. 2009). Plaintiff's objection was not timely filed and it is HEREBY ORDERED DISREGARDED. Local Rule 292(c).

IT IS SO ORDERED.

Dated: __October 25, 2013__        /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE